EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

1776 CLO I LTD
1798 RELATIVE VALUE MASTER FUND LTD.
40/86 EAGLE CREEK CLO
40/86 FALL CREEK CLO
ABCLO 2007-1 LTD
ABSOLUTE STRATEGIES FUND - OPPORTUNISTIC
ACCESS INST LOAN FD
AG JAMES RIVER INS CO
AG NORTHWOODS CAP V
AG NORTHWOODS CAP VIII LTD
AG NORTHWOODS CAPITAL VI LIMITED
AG NORTHWOODS CAPITAL VII LTD
AIG ANNUITY INSURANCE COMPANY C/O AIG GLOBAL INVESTMENT CORP
AIG BK LN FD LTD
AIG GALAXY IV CLO
AIG SATURN CLO, LTD
AIMCO CLO SERIES 2005 A
AIMCO CLO SERIES 2006-A
AIRLIE CLO 2006-II LTD
ALADDIN GREYROCK CDO
ALADDIN LANDMARK II CDO
ALADDIN LANDMARK III CDO
ALADDIN LANDMARK IV CDO
ALADDIN LANDMARK VI CDO
ALASKA CFPI LOAN FUNDING LLC
ALLIANCE -0R INVESTMENT CNCL
ALLIANCE A-C OR ST TRSY
ALLIANCE BERN INST INV SR LN P
ALLIANCE BERN-HI YLD LOAN PORT
ALLIANCE BERNSTEIN GBL BN FD
ALLSTATE LIFE INS CO
AMERICAN INTL GROUP INC.
AMERIPRISE CERTIFICATE COMPANY
ANCHORAGE CROSS CR OFF MSTR FD
APOSTLE LOOMIS SAYLES CR O
APOSTLE LOOMIS SAYLES CR OP FD
ARMY AND AIR FORCE MUTUAL AID ASSOCIATION - HY (PIMCO 6448) C/O PACIFIC
    INVESTMENT MANAGEMENT COMPANY
ATLANTIS FUNDING LTD
ATLAS - OCI ENHANCED LOAN INCO
ATLAS LOAN FDG (CENT I) LLC
ATRIUM CDO
ATRIUM II

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

ATRIUM III
ATRIUM IV
ATRIUM V
ATRIUM VI
AUGUSTA TRADING LLC
AVENUE CLO FD LTD
AVENUE CLO II, LTD
AVENUE CLO III LTD
AVENUE CLO IV LTD
AVENUE CLO V LTD
AVENUE CLO VI LTD
AVENUE INV LP
AVENUE INVESTMENTS LP
AVERY POINT CLO LIMITED
AVL LOAN FUNDING LLC
BACCHUS 2006-1 PLC
BALLYROCK CLO 2006-1 LTD
BALLYROCK CLO 2006-2 LTD
BANC INV GR LLC
BANK OF AMERICA N.A.
BANC OF AMERICA BRIDGE LLC
BARCLAYS BANK PLC
BARCLAYS BANK PLC-NEW YORK
BASSO CR OPPORTUNITIES HLDG FD
BASSO FUND LTD
BASSO MULTI-STRATEGY HLDG FD L
BATTERY PARK HIGH YIELD LONG SHORT FUND LTD
BATTERY PARK HIGH YIELD OPPORTUNITY MASTER FUND LTD C/O NOMURA
        CORPORATION RESEARCH AND ASSET MANAGEMENT
BATTERY PARK HIGH YIELD OPPORTUNITY STRATEGIC FUND
BDF LTD
BEAR STEARNS LOAN TST
BIG SKY III SENIOR LOAN TRUST
BLACKPORT CAP FD LTD
BLACKWOOD RUN TRADING LLC
BLT 39
BLT IV LLC
BLUE SHIELD OF CALIFORNIA
BOSTON HARBOR CLO 2004-1 LTD
BRENTWOOD CLO LTD
BRIDGEPORT CLO II LTD
BRIDGEPORT CLO LTD
BRYN MAWR CLO II LTD

EXHIBIT G

**LBO LENDER PREFERENCE DEFENDANTS**

BSAM GALLATIN CLO II 2005 I
BSAM GRAYSTON CLO II 2004-I
BURR RIDGE CLO PLUS LTD
BUSHNELL CFPI LN FDG
CALLIDUS DBT PT CLO FD III LTD
CALLIDUS DEBT PART CLO VI
CALLIDUS DEBT PARTNERS CLO FUND II LTD
CALLIDUS DEBT PARTNERS CLO FUND IV LTD
CALLIDUS DEBT PARTNERS CLO FUND V LTD
CALLIDUS MAPS CLO FD I
CANADIAN IMPERIAL BK COMM
CANARAS SUMMIT CLO LTD
CANNINGTON FUNDING LTD
CANPARTNERS INVESTMENTS IV LLC
CANYON CAPITAL CDO 2002-1 LTD C/O MAPLE FINANCE LTD
CANYON CAPITAL CDO 2004-1 LTD C/O MAPLE FINANCE LTD
CANYON CAPITAL CLO 2006-1 LTD
CANYON CAPITAL CLO 2007-1 LTD
CARLYLE CREDIT PARTNERS FINANCING LTD C/O WALKERS SPV LIMITED
CARLYLE HIGH YIELD PARTNERS 2008-1 LTD
CARLYLE HIGH YIELD PARTNERS IV LIMITED
CARLYLE HIGH YIELD PARTNERS IX LTD
CARLYLE HIGH YIELD PARTNERS VI LTD
CARLYLE HIGH YIELD PARTNERS VII LTD
CARLYLE HIGH YIELD PARTNERS VIII LTD
CARLYLE HIGH YIELD PARTNERS X LTD
CARLYLE LOAN INVESTMENT LTD
CASTLE GARDEN FUNDING
CASTLE HILL I - INGOTS LIMITED
CASTLE HILL II - INGOTS LIMITED C/O SANKATY ADVISORS LLC
CASTLE HILL III CLO LTD
CASTLERIGG MASTER INVESTS LTD
CELERITY CLO LTD
CENT CDO 10 LIMITED
CENT CDO 14 LTD
CENT CDO 15 LIMITED
CENT CDO XI LIMITED
CENTRE PAC SIERRA CLO II LTD
CENTRE PAC WHITNEY CLO I
CENTURION CDO 8 LTD
CENTURION CDO 9 LIMITED
CENTURION CDO III LIMITED
CENTURION CDO VI LTD

EXHIBIT G

## <u>LBO LENDER PREFERENCE DEFENDANTS</u>

CENTURION CDO VII LTD
CETUS CAPITAL LLC
CFIP FDING SPC FOR ACCT CFIP M
CFIP MASTER FUND LTD
CHARGER HOLDCO (OFFSHORE) LLC
CHARGER HOLDCO (ONSHORE) LLC
CHATHAM LIGHT II CLO LIMITED
CHATHAM LIGHT III CLO LTD
CHIMNEY ROCK VALUE FUND LP
CITIBANK NA-NY
CITICORP NORTH AMERICA, INC.
CITIGROUP FINANCIAL PRODUCTS INC
COLE BROOK CFPI LOAN FUNDING LLC
COLUMBUSNOVA CLO IV 2007 II
COLUMBUSNOVA CLO LTD 2006-1
COLUMBUSNOVA CLO LTD 2006-II
COLUMBUSNOVA CLO LTD 2007 1
COMMONWEALTH OF PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM
COMSTOCK FUNDING LTD
CONFLUENT 3 LIMITED
CONFLUENT 4 LIMITED
CONTL ASSUR CO SEP ACCT E
CONTL CASUALTY CO
CONTRARIAN FUNDS LLC C/O CONTRARIAN CAPITAL MANAGEMENT
CORNERSTONE CLO LTD
CREDIT OPP ASSOC FIN LTD
CREDIT SUISSE CAPITAL LLC
CREDIT SUISSE INTERNATIONAL
CREDIT SUISSE LOAN FUNDING LLC
CREDIT SUISSE SYNDICATED LOAN FUNDING LLC
CRP V
CS GLOBAL INCOME FD
CS SYNDICATED LOAN FD
CSAM FUNDING II
CSAM FUNDING III
CSAM FUNDING IV
CUMBERLAND II CLO LTD
CUNA MUTUAL INS SOCIETY
CVI GLOBAL VAL FD LUX MTR SARL
CYPRESSTREE HEWETT ISLE CLO II
DENALI CAP CLO IV
DENALI CAP CLO VII LTD
DENALI CAP CR OPP FD FIN LTD

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

DENALI CAPITAL CLO V LTD
DENALI CAPITAL CLO VIII LTD
DEUTSCHE BANK AG
DEUTSCHE BANK AG - LONDON BRANCH
DIMAIO DUANE ST CLO I
DMD SPECIAL SITUATIONS FUNDING LLC
DRAKE MGMT A/C PGEDB PG&E CO R
DRAKE MGMT-PAC GAS&ELE PSRE
DRESDNER BANK NY GRAND CAYMAN
DRESDNER BK-LONDON
DRYDEN V LEVERAGED LOAN CDO 2003 C/O QSPV LIMITED
DRYDEN XI - LEVERAGED LOAN CDO 2006
DRYDEN XV  EURO CLO 06
DRYDEN XVI - LEVERAGED LOAN CDO 2006
DRYDEN XVIII LEVGD LN 2007 LTD
DUANE STREET CLO II LTD
DUANE STREET CLO III LTD
DUANE STREET CLO IV LTD
DUNES FDG LLC
DURHAM ACQUISITION CO LLC
DWS BALANCED FUND
DWS BALANCED VIP
DWS FLOATING RATE PLUS FUND
DWS HIGH INCOME FUND
DWS HIGH INCOME PLUS FUND
DWS HIGH INCOME TRUST
DWS HIGH INCOME VIP
DWS MULTI MARKET INCOME TRUST
DWS STRATEGIC INCOME FUND
DWS STRATEGIC INCOME TRUST
DWS STRATEGIC INCOME VIP
EASTLAND CLO LTD
EATON VANCE CDO IX LTD
EATON VANCE CDO VII PLC
EATON VANCE CDO VIII LTD
EATON VANCE CDO X PLC
EATON VANCE CR OPPORTUNITY FD
EATON VANCE FLOATING RATE INCOME TRUST C/O EATON VANCE
        MANAGEMENT
EATON VANCE INSTITUTIONAL SENIOR LOAN FUND
EATON VANCE LIMITED DURATION INCOME FUND C/O EATON VANCE
        MANAGEMENT
EATON VANCE LOAN OPP FD LTD

EXHIBIT G

## <u>LBO LENDER PREFERENCE DEFENDANTS</u>

EATON VANCE MEDALLION FLOATING RATE INCOME PORTFOLIO
EATON VANCE OPPORTUNITIES FUND LTD C/O INVESTORS BANK & TRUST CO.
EATON VANCE SENIOR DEBT PORTFOLIO C/O BOSTON MANAGEMENT &
 RESEARCH
EATON VANCE SENIOR FLOATING RATE TRUST
EATON VANCE SENIOR INCOME TRUST
EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND C/O EATON VANCE
 MANAGEMENT
EATON VANCE VAR LEV FUND
EATON VANCE VT FLTG RT INC FD
ELI LILLY & CO
EMERALD ORCHARD LTD
ENCORE FUND, L.P.
EPIC DISTRESSED DEBT OP MTR FD
ESPERANCE
EVEREST FUNDING LLC
EVERGREEN CFPI LOAN FUNDING LLC  C/O LASALLE BANK
FBS CBNA LOAN FUNDING LLC
FD CBNA LOAN FUNDING LLC
FEINGOLD O'KEEFE SEL OPP MST FD
FEINGOLD O'KEEFE DST LN MT LTD
FEINGOLD O'KEEFE MASTER FUND LTD
FIDELITY ADV SR I-HI INC ADV F
FIDELITY BALLYROCK CLO II
FIDELITY BALLYROCK CLO III
FIDELITY CENTRAL INVESTMENT PF II LLC - TACTICAL INCOME CENTRAL FUND
 C/O FIDELITY INVESTMENTS
FIDELITY CENTRAL INVESTMENT PORTFOLIOS LLC FIDELITY FLOATING RATE
 CENTRAL INVESTMENT
FIDELITY PURITAN TRUST - PURITAN FUND C/O FIDELITY INVESTMENTS
FIRSTLIGHT FUNDING I LTD
FLAGSHIP CLO III
FLAGSHIP CLO IV
FLAGSHIP CLO V
FLAGSHIP CLO VI
FLATIRON CLO 2007-1 LTD
FOOTHILL CLO I LTD
FOOTHILL GRP INC
FOREST CREEK CLO LTD
FOUNDERS GROVE CLO LTD
FOUNTAIN COURT MASTER FD
FOUR CORNERS CLO 2005 I
FOUR CORNERS CLO II LTD

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

FOUR CORNERS CLO III LTD
FRANKLIN 4472 LTD DUR INC TR
FRANKLIN 4884 TEMPLETON VAR INSURANCE PRODUCTS TR-STRATEGIC INCOME
    SECURITIES FUND
FRANKLIN CLO IV LIMITED
FRANKLIN CLO VI LTD
FRANKLIN FLOATING RATE MASTER SERIES
FRANKLIN FLTG RT MSTR TR
FRANKLIN FLTING RT DAILY
FRANKLIN STRATEGIC INCOME FUND (CANADA)
FRANKLIN STRT SR-FRANKLIN
FRANKLIN TOTAL RETURN FUND
FRANKLIN CLO V LTD
FRANKLIN-OLD WESTBURY FDS INC
FRASER SULLIVAN CLO I LTD
FRASER SULLIVAN CLO II LTD
FRASER SULLIVAN CREDIT STRATEGIES FUNDING LTD
FRF CORPORATION
FRT TR 4 COR SR FL RT INC FD 2
FST TR/FOUR CORNERS SR FLTG RT
FT12460 - OPPORTUNISTIC DISTRESSED FUND LTD C/O M&C CORPORATE
    SERVICES
GALAXY CLO 2003-1 LTD
GALAXY III CLO
GALAXY V CLO LTD.
GALAXY VI CLO LTD
GALAXY VII CLO LTD
GALAXY VIII CLO LTD
GALAXY X CLO LTD
GALLATIN CLO III 2007-1 LTD
GALLATIN FUNDING I BSC MIGR
GANNETT PEAK CLO I LTD
GE PEN TR
GEN ELEC CAP CORP
GENESIS CLO 2007-1 LTD
GIL HOLDINGS LLC
GLENEAGLES CLO LTD
GLENEAGLES TRADING LLC
GMAM GRP PEN TR I
GMAM INV FD TR II
GOLDENTREE 2004 TRUST
GOLDENTREE CREDIT OPPORTUNITIES FINANCING I LTD
GOLDENTREE LEVERAGE LOAN FINANCING I LTD

EXHIBIT G

**LBO LENDER PREFERENCE DEFENDANTS**

GOLDENTREE MULITSTRATEGY SUBSIDIARY LLC
GOLDENTREE MULTI-STRATEGY FINANCING LTD
GOLDMAN SACHS ASSET MANAGEMENT CLO PLC C/ O DEUTSCHE
   INTERNATIONAL FINANCE
GOLDMAN SACHS CR PARTS LP
GOLDMAN SACHS-ABS LOANS 2007 LTD
GPC 69 LLC
GRAND CENT ASSET TR CLAR
GRAND CENT ASSET TR CRU
GRAND CENT ASSET TR DRK
GRAND CENT ASSET TR HCF
GRAND CENT ASSET TR LHM1
GRAND CENT ASSET TR SIL
GRAND CENT ASSET TR VCM
GRAND CENT ASSET TR ZEN
GRANITE VENTURES I LTD
GRANITE VENTURES II LTD
GRANITE VENTURES III LTD
GRANT GROVE CLO LTD
GRAYSON & CO
GRAYSON CLO LTD
GREEN ISLAND CFPI LOAN FUNDING
GREENBRIAR CLO LTD
GREENS CREEK FUNDING LTD
GREYWOLF CAP OVERSEAS FUND
GREYWOLF CAPITAL PARTNERS II LP C/O KRAMER LEVIN NAFTALIS & FRANKEL
   LLP
GREYWOLF CLO I LTD C/O KRAMER LEVIN NAFTALIS & FRANKEL LLP
GRUSS GBL INV MST FD ENH LTD
GRUSS GLOBAL INV MASTER FD LTD
GSO ROYAL HLDGS CFPI LLC
GULF STREAM - COMPASS CLO 2005-1 LTD
GULF STREAM - COMPASS CLO 2002-1 LTD
GULF STREAM - COMPASS CLO 2004-1 LTD
GULF STREAM - COMPASS CLO 2005-II LTD.
GULF STREAM - COMPASS CLO 2007 LTD
GULF STREAM - RASHINBAN CLO 2006-I LTD
GULF STREAM - SEXTANT CLO 2006-1 LTD
GULF STREAM - SEXTANT CLO 2007-1 LTD
GULF STREAM COMPASS CLO 2003-1 LTD
HALCYON LN INV CLO I LTD
HALCYON LN INV CLO II LTD
HALCYON LOAN INVESTORS CLO V L

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

HALCYON STR AM LG SSU 2007-3
HALCYON STR AM LSSU 2006 1
HALCYON STR AM LSSU 2007-2
HALCYON STR AM LSSU CLO 2007
HALCYON STR ASSET CLO I
HALCYON STR ASSET MGT LG SECD
HALCYON STRUC AM CLO 2008-II
HAMLET II LTD
HARBINGER CAP PARTS SPL SIT FD
HARBINGER CAP PTR MTR FD I LTD
HARBOURMASTER CLO 10 B V
HARBOURMASTER CLO 7 B V
HARBOURMASTER CLO 9 B.V.
HARBOURMASTER PRO RATA CLO 2 B V
HARBOURVIEW CLO 2006-1
HARCH CLO II LIMITED
HARCH CLO III LIMITED
HARTFORD ACCIDENT & INDEMNITY
HARTFORD LIFE INS CO
HARTFORD-FLTG BK LN SR OF HART
HCSMF SCOTIA SWAP
HEWETT'S ISLAND CLO V LTD
HEWETT'S ISLAND CLO VI LTD
HEWETT'S ISLAND CDO LTD
HEWETT'S ISLAND CLO III LTD
HEWETT'S ISLAND CLO IV LTD
HEWETT'S ISLAND CLO VII LTD
HFR RVA OPAL MASTER TRUST
HIGHLAND CR STRATEGIES FD
HIGHLAND CREDIT OPP CDO LTD
HIGHLAND FDS I INC FD
HIGHLAND FLTG RT ADV FD
HIGHLAND LOAN FUND V LIMITED C/O HIGHLAND CAPITAL MANAGEMENT LP
HIGHLAND OFFSHORE PTNRS LP
HIGHLAND SEI INSTL INV TR
HIGHLAND SPECIAL SITUATIONS FD
HIGHLAND-PAC SEL FD FLTG RT LN
HILLMARK CR OPP FIN I LTD
HILLMARK FUNDING LTD C/O HILLMARK CAPITAL MANAGEMENT LP
HIMCO STATE BD OF ADMIN OF FLO
HIMCO-WALT DISNEY RET PLN MSTR
HUDSON CANYON FDING II SUB
IG PUTNAM U.S. HIGH YIELD INCOME FUND

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

IKB CAP CORP
ING INTERNATIONAL II-SENIOR LOANS
ING INTL (II)-SR BANK LOAN
ING INV MGMT CLO III LTD
ING INV MGMT CLO V LTD
ING INVESTMENT MANAGEMENT CLO I LTD
ING INVESTMENT MANAGEMENT CLO IV LTD
ING INVESTMENTS LLC-ING PRIME RATE TRUST
ING PIMCO HIGH YIELD PORTFOLIO
ING SENIOR INCOME FUND C/O ING INVESTMENTS LLC
INST BENCHMARKS SER (MASTER FE)
JASPER CLO LTD
JAY ST MKT VALUE CLO I LTD
JCAM GLOBAL FUND MASTER LP
JEFFERSON PILOT FIN INS CO
JERSEY STREET CLO LTD
JMB CAPITAL PTNRS MTR FD, LP
JOHN HANCOCK A/C 168 JHT HIGH
JOHN HANCOCK A/C 202 JHF2 HIGH
JOHN HANCOCK A/C 62 JH HIGH YI
JOHN HANCOCK BD TR HI YLD BD F
JPM IRE PLC AS CUST FOR GOLDENTREE HIGHYIELD VALUE FUND OFFSHORE 110
        LIMITED
JPMORGAN BK BRANCH-0802
JPMORGAN CHASE BANK, N.A.
JPMORGAN WHITEFRIARS INC
JUGGERNAUT FUND LP
KATONAH IV
KBC FIN PRODUCTS (CAYMAN ISLAN
KELTS LLC
KENAI SPIRET LOAN TRUST
KING STREET ACQUISITION COMPANY, L.L.C. C/O KING STREET CAPITAL
        MANAGEMENT, L.L.C.
KING STREET CAPITAL LP C/O KING STREET CAPITAL MANAGEMENT LLC
KING'S CROSS ASSET FDG 17 SARL
KINGSLAND I, LTD
KINGSLAND II
KINGSLAND III LTD
KINGSLAND IV LTD
KINGSLAND V LTD
KKR FINANCIAL CLO 2005-1 LTD
KKR FINANCIAL CLO 2006-1 LTD
KKR FINANCIAL CLO 2007-1 LTD

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

KKR STRATEGIC CAP HLDGS I LP
KNIGHTHEAD MASTER FUND LP
LANDMARK IX CDO LIMITED
LANDMARK V CDO LIMITED
LANDMARK VII CDO LTD
LANDMARK VIII CDO LTD
LASALLE BANK NA
LATIGO MASTER FUND LTD
LATITUDE CLO I LTD
LCM VI LTD
LEHMAN BROS COMMERCIAL BANK
LEVERED PAPER I TRUST
LEVINE LEICHTMAN CAPITAL PARTNERS DEEP VALUES FUND LP
LFSIGXG LLC
LH FUNDING TRUST MASTER I
LIBERTY CLO LTD
LIBERTY HARBOR MSTR FD I LP
LIBERTYVIEW LOAN FUND LLC
LIGHTHOUSE CLO LTD
LIGHTPOINT CLO III, LTD
LIGHTPOINT CLO IV LTD
LIGHTPOINT CLO VIII LTD
LIME STREET CLO LTD
LINCOLN NATL LIFE INS CO
LL LIGHTHOUSE FDG LLC
LL SAGE VALLEY FUNDING LLC
LL VICTORY FUNDING LLC
LOAN FDG XIII
LOAN FUNDING I LLC
LOAN FUNDING III DELAWARE LLC
LOAN FUNDING IV LLC
LOAN FUNDING V LLC
LOAN FUNDING VII LLC
LOAN FUNDING XI LLC
LOAN STAR STATE TR
LONG GROVE CLO LTD
LONGHORN CR FDNG LLC
LOOMIS APOSTLE LOOMIS SAYLES SENIOR LOAN FUND
LOOMIS SAYLES BOND FUND SER I
LOOMIS SAYLES CAY LEV SR LN FD
LOOMIS SAYLES CLO I LTD
LOOMIS SAYLES FUNDS II - LOOMIS SAYLES STRATEGIC INCOME FUND
LOOMIS SAYLES GLOBAL MARKETS FUND

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

LOOMIS SAYLES HIGH INCOME FUND
LOOMIS SAYLES HIGH INCOME OPPORTUNITIES FUND
LOOMIS SAYLES INSTITUTIONAL HIGH INCOME FUND
LOOMIS SAYLES LEVERAGED SENIOR LOAN FUND LTD
LOOMIS SAYLES MULTI-STRATEGY M
LOOMIS SAYLES SENIOR LOAN FUND LLC
LOOMIS-1442N4 - LS FIXED INCOME
LOYALIS SCHADE NV
LP MA1 LTD
LUFKIN LATITUDE CLO II LTD
LYON LCM II LP
LYON LCM III LTD
LYON LCM IV LTD
LYON LCM V LTD
MAC CAP LTD
MADISON PARK FUNDING II LTD
MADISON PARK FUNDING V LTD
MADISON PARK FUNDING VI LTD
MAINSTAY VP FLTG RT PF
MALIBU CFPI LOAN FUNDING LLC
MAPS CLO FUND II LTD
MARKET SQUARE CLO LTD
MARLBOROUGH STREET CLO LTD C/O THE BANK OF NEW YORK
MARQUETTE PARK CLO LTD
MAYPORT CLO LTD
MCDONNELL LN OPPTY II LTD
MCDONNELL LOAN OPPORTUNITY LTD
MCDONNELL-IL STATE BOARD INV
MERCED PARTNERS II, LP
MERCED PTNRS LP
MERITAGE FUND LIMITED
MERRILL LYNCH CAPITAL CORPORATION
MERRILL LYNCH CAPITAL SERVICES INC.
MERRILL LYNCH CREDIT PROD LLC
METLIFE INS CO OF CONNECTICUT
METWEST AM 127-SUPERVALU INC MASTER RETIREMENT TRUST
METWEST AM -703 ALPHATRAK 500
METWEST AM-705 HI YLD BD FD
METWEST AM-706 STRATEGIC INCOME FUND
MFS FLTG RT HI INC FD
MFS FLTG RT INC FD
MIDTOWN ACQUISITIONS LP
MIDWAY CFPI LOAN FDG LLC

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

MJX - VENTURE IV CDO LIMITED
MOMENTUM CAP FD LTD
MONARCH MASTER FUNDING LTD
MONUMENTAL LIFE INSURANCE COMPANY C/O AEGON USA INVESTMENT
    MANAGEMENT
MORGAN STANLEY INV MGMT CONIST
MORGAN STANLEY INV MGMT GARDA
MORGAN STANLEY INV MGMT MEZZAN
MORGAN STANLEY PRIME INCOME TRUST C/O MORGAN STANLEY INVESTMENT
    ADVIS
MORGAN STANLEY SENIOR FUNDING INC.
MORGAN STANLEY SR FUNDING, INC.
MOUNTAIN CAP CLO III LTD
MOUNTAIN CAP CLO IV, LTD
MOUNTAIN CAP CLO V LTD
MOUNTAIN CAP CLO VI LTD
MSIM - ZODIAC FUND US SENIOR LOAN FUND
MSIM CROTON LTD
MSIM PECONIC BAY, LTD
MT WILSON CLO II LTD
MUIR GROVE CLO LTD
MUIRFIELD TDG LLC
MUNICIPAL EMPLOYEES RETIREMENT
NACM CLO I
NACM CLO II
NASH POINT CLO
NASH POINT II CLO
NATIONAL CITY BANK
NATIONAL INVESTMENT SERVICES HIGH YIELD FUND LLC
NATIXIS LOOMIS SAYLES SENIOR LOAN FUND
NAVIGATOR CDO '04 LTD
NAVIGATOR CDO 2006 LTD
NEPTUNE FINANCE CCS, LTD.
NEW YORK LIFE INS & ANNUITY CO
NEW YORK LIFE INS CO
NEW YORK TIMES COMPANY PENSION TRUST
NEWSTART FACTORS INC.
NOB HILL CLO II LIMITED
NORINCHUKIN BK-NY
NORMANDY HILL MASTER FUND LP
NORTHGATE BV
NORTHWOODS CAPITAL IV LIMITED

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

NTCC-MULTI-ADVISOR FUNDS-HIGH  YIELD FUND-STONE HARBOR INVESTMENT
      PARTNERS LP
NUVEEN DIVERSIFIED DIVIDEND AND INCOME FUND
NUVEEN FLOATING RATE INCOME FUND
NUVEEN FLOATING RATE INCOME OPPORTUNITY FUND
NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND
NUVEEN MULTI-STRATEGY INCOME AND GROWTH FUND 2
NUVEEN SENIOR INCOME FUND
NUVEEN TAX ADVANTAGED TOTAL RETURN STRATEGY FUND
NYLIM FLATIRON CLO 2003-1 LTD A CYMN ISLANDS LLC
NYLIM FLATIRON CLO 2004-1 LTD
NYLIM FLATIRON CLO 2005-1 LTD
NYLIM FLATIRON CLO 2006-1 LTD
NYLIM INST FLOATING RATE FD
OAK HILL CR OPP FIN LTD
OAK HILL CR PART III
OAK HILL CR PARTNERS IV
OAK HILL CREDIT PARTNERS V LTD
OAK HILL CREDIT PTNRS II LTD
OCEAN TRAILS CLO III
OCEAN TRAILS CLO III
OCI EURO FUND I B.V.
OCM HIGH YIELD PLUS FD LP
O'CONNOR CAP STRUCT OPP MST
O'CONNOR CREDIT OPP MST LTD
OCTAGON INV PART IX
OCTAGON INV PART V LTD
OCTAGON INV PART VII LTD 04-7X
OCTAGON INV PART VIII, LTD
OCTAGON INV PART X LTD
OCTAGON INVEST PART VI LTD
OCTAGON INVSMNT PART XI LTD
OHA PARK AVENUE CLO I LTD
OHSF FINANCING LTD
OHSF II FINANCING LTD
OLYMPIC CLO I LTD
ONEX DEBT OPPORTUNITY FUND LTD
OPPENHEIMER MSTR LN FD LLC
OPPENHEIMER SR FLTG RT FD
ORCHID INVESTMENTS LLC
ORE HILL HUB FD LTD
OW FDNG LTD
OZ SPECIAL MASTER FUND LTD

14

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

PANGAEA CLO 2007-1 LTD
PAR-FOUR MASTER FUND LTD
PEMBROKE CBNA LOAN FUNDING LLC
PEMBROKE CFPI LOAN FD LLC
PENSION INV COMM OF GM FOR GM
PERRY PRINCIPALS LLC
PHOENIX EDGE SR FD MULTI SECT
PHOENIX EDGE-MULTI-SEC FIX INC
PIMCO FAIRWAY LOAN FUNDING CO
PIMCO FUNDS-DIVERSIFIED INCOME FUND-744
PIMCO GLOBAL CR OPPORTUNITY OF
PIMCO SOUTHPORT CLO
PIMCO1240-PRUDENTIAL SER FUND SP PIMCO TOTRET PT
PIMCO1241-PRU-HY PORT
PIMCO1241-PRU-HY PORT
PIMCO2042-IBM PERSONAL PENSION PLAN TRUST
PIMCO2244-VIRGINIA RETIREMENT
PIMCO2493-HI INC FD
PIMCO2496-FLTG RT INC FD
PIMCO2497-FLTG RT STRT FD
PIMCO2498-INCOME OPPORTUNITY FUND
PIMCO-2603-RED RIVER HYPI LP
PIMCO2764-PIMCO CAYMAN-CAYMAN GLOBAL HIGH INCOME FUND
PIMCO2782-PIMCO CAYMAN GLOBAL HIGH INCOME YE-HEDGED FUND
PIMCO2783-BBH TR CO(CAYMAN) LT
PIMCO2980-CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
PIMCO3716-BBH TR CO(CAYMAN) LT
PIMCO3752-GLOBAL HIGH YIELD STRATEGY FUND
PIMCO3813 - PIMCO CAYMAN BANK LOAN FUND
PIMCO4652 LOAN OPPORTUNITIES FUND I LP
PIMCO4689-GLOBAL INV SER PLC DIVERSIFIED INC FD
PIMCO4861 COMBINED ALPHA STRAT
PIMCO6449-ARMY & AIR FORCE MUTUAL AID ASSOC-MASTER
PIMCO6819 PORTOLA CLO LTD
PIMCO686-VIT HIGH YIELD BOND PORTFOLIO
PIMCO6975-AST-HIGH YIELD PORTFOLIO
PIMCO705-PIMCO HIGH YIELD FUND
PIMCO706- FD PRIVATE HIGH YIELD PORTFOLIO
PIMCO724-FLTG INC FD
PIMCO731-COMMODITY REAL RTN ST
PIMCO795-REAL RTN FD
PIMCO-PIMCO FUNDS GIS PLC HIGH YIELD BOND FD-696
PIMCO-STATE TEACHERS RETIREMENT SYS OF OHIO-1252

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

PINEHURST TRADING INC
PIONEER FLTG RT TR
PLATINUM GROVE CONTINGENT CAP
POTENTIAL CLO I LTD.
PPM GRAYHAWK CLO LTD
PPM MONARCH BAY FUND LLC
PPM RIVIERA CFPI LOAN FUNDING
PPM SHADOW CREEK FUNDING LLC
PRIMUS CLO I LTD
PRIMUS CLO II LTD
PRINCETON ROSEDALE CLO II LTD
PROSPECT ST INC SHARE INC
PROSPERO CLO I BV
PROSPERO CLO II BV
PROTEAN CBNA LOAN FDG LLC
PRUDENTIAL - GATEWAY CLO LTD
PRUDENTIAL DRYDEN IX SLF 2005
PRUDENTIAL DRYDEN VIII LV 2005
PRUDENTIAL INS CO OF AMER
PRUDENTL DRYDN VII LL CDO 2004
PUT7FH-PUT DIVERS INC TR
PUTAH8 - INTERPOLIS PENSIOENEN GLOBAL HIGH YIELD POOL
PUTNAM 14-HIGH YIELD TRUST
PUTNAM 29X-FUNDS TRUST FLOATING RATE INCOME FUND
PUTNAM 60-HIGH YIELD ADVANTAGE FUND
PUTNAM 67 - PUTNAM VARIABLE TRUST - PUTNAM VT HIGH YIELD FUND
PUTNAM 73-PREMIER INCOME TRUST
PUTNAM 74-MASTER INTERMEDIATE INCOME TRUST
PUTNAM 75-DIVERSIFIED INCOME TRUST
PUTNAM BK LN FD (CAYMAN) MSTR
PUTNAM VAR TR-VT DIV INC TR
PYRAMIS FLOATING RATE HIGH INCOME COMMINGLED POOL
QUALCOMM GLOBAL TRADING
RACE POINT II CLO
RACE POINT III CLO
RACE POINT IV CLO LTD
RAMPART CLO 2006-I LTD
RAMPART CLO 2007 LTD
RAVEN CR OPP MST FD LTD
RECAP INTERNATIONAL MSTR LTD
RED RIVER CLO LTD
REGENTS UNIVERSITY OF CALIFORNIA
RENAISSANCE REINSURANCE LIMITED

EXHIBIT G

## **LBO LENDER PREFERENCE DEFENDANTS**

RESOLUTION MASTER FD LP
RIVERSOURCE 106 BOND SERIES INC-FLOATINGRATE FUND
RIVERSOURCE CENT CDO 12 LIMITED
RIVERSOURCE LIFE INSURANCE COMPANY
RIVERSOURCE STRATEGIC ALLOC SERIES INC -RIVERSOURCE STRATEGIC
        INCOME ALLOC FUND
ROCKWALL CDO II LTD
ROCKWALL CDO LTD
ROSEDALE CLO, LTD
ROWAYTON LOAN FUNDING COMPANY
RRR LOAN FUNDING TRUST
SAN FRANCISCO CITY & COUNTY EMPLOYEES RETIREMENT SYSTEM
SAN GABRIEL CLO I LTD
SANDELMAN PARTS OPPORTUNITY MA
SANFORD BERNSTEIN INTERM DUR P
SATELLITE SR INCOME FD II LLC
SATELLITE SR INCOME FD LLC
SCHILLER PARK CLO LTD
SCOTIABANK (IRELAND) LTD
SCOTTWOOD MASTER LTD.
SECONDARY LOAN AND DISTRESSED
SECURITY INVESTORS-SECURITY INCOME FUND-HIGH YIELD SERIES
SECURITY INV-INC FD INC OPP
SEI INSTITUTIONAL MANAGED TRUST'S CORE FIXED INCOME
SEIX CREDIT OPPORTUNITIES FUND FINANCING I, LTD
SENECA NOB HILL CLO
SEQUILS-CENTURION V LTD
SERENGETI LOXODON ONSHORE I L
SERENGETI LOXODON OVERSEAS I,
SERVES 2006-1 LTD
SF-3 SEGREGATED PORTFOLIO
SFR LTD
SG FINANCE INC
SHASTA CLO I LIMITED
SHINNECOCK CLO 2006-1 LTD
SHINNECOCK CLO II LTD
SILVER CREST CFPI LOAN FUNDING
SILVER OAK CAPITAL LLC
SILVERADO CLO 2006-II LTD
SMBC MVI SPC
SOF INVESTMENT LP C/O MSD CAPITAL LP
SOUTHFORK CLO LTD
SPRINGFIELD ASSOC LLC

EXHIBIT G

## <u>LBO LENDER PREFERENCE DEFENDANTS</u>

SR GGI MASTER MA LTD
SR LATIGO MASTER MA LTD
STANDARD CHARTERED BK
STEDMAN LOAN FDG II SUB HC I
STICHTING PENSIOENFONDS ABP
STICHTING PENSIOENFONDS ABP -
STONE HARBOR - MULTI-STYLE MUL
STONE HARBOR - RENAISSANCE REINSURANCE LIMITED
STONE HARBOR - STATE OF CT RETIREMENT PLANS AND TRUST FUNDS
STONE HARBOR - UBS UK PENSION AND LIFE ASSURANCE SCHEME
STONE HARBOR GLOBAL FUNDS PLC-STONE HARBOR LEVERAGED LOAN
    PORTFOLIO
STONE HARBOR HIGH YIELD BOND FUND
STONE HARBOR INV PARTNERS AC VIRGINIA RETIREMENT SYSTEMS
STONE HARBOR INVESTMENT PARTNERS-HUGHESON LIMITED
STONE HARBOR INVT FDS - ST HA
STONE HARBOR LIBOR PLUS TOTAL RETURN FUND
STONE HARBOR-CENTRAL STATES SOUTHEAST & SOUTHWEST AREAS HEALTH &
    WELFARE FUND
STONE HARBOR-COMMONWEALTH OF PENNSYLVANIA STATE EMPLOYEES
    RETIREMENT
STONE HARBOR-CONOCOPHILLIPS COMPANY
STONE HARBOR-LIBRA GLOBAL LIMITED
STONE HARBOR-MUNICIPAL EMPLOYEES RETIREMENT SYSTEM OF MICHIGAN
STONE HARBOR-NATIONAL ELEVATOR INDUSTRY PENSION PLAN
STONE HARBOR-SAN JOAQUIN COUNTY EMP RET ASSOC
STONE HARBOR-STATE OF WISCONSIN INVESTMENT BOARD
STONE HARBOR-STERLING CORE PLUS BOND FUND
STONE HARBOR-WACHOVIA CORP PEN
STONE TOWER CDO II LTD
STONE TOWER CDO LTD
STONE TOWER CLO III LTD
STONE TOWER CLO IV LTD
STONE TOWER CLO V, LTD
STONE TOWER CLO VI LTD
STONE TOWER CLO VII LTD
STONE TOWER CLO VIII LTD
STONE TOWER CR FUNDING I
STONEY LANE FUNDING I LTD
STRAND FDG
STRATEGIC VALUE MASTER FUND LIMITED
STRATFORD CLO LIMITED
SUMITOMO MITSUI BANKING CORPORATION

EXHIBIT G

**LBO LENDER PREFERENCE DEFENDANTS**

SUNAMERICA LIFE INS CO
SUNRISE PARTNERS LIMITED PARTNERSHIP
SWISS RE FIN PRODUCTS CORP
SYMPHONY CLO II LTD
SYMPHONY CLO III LTD
SYMPHONY CLO IV LTD
SYMPHONY CLO V LTD
SYMPHONY CR PARTS I LTD
SYMPHONY CREDIT OPPORTUNITIES FUND LTD
SYMPHONY CREDIT PARTNERS II LTD
SYMPHONY CREDIT PARTNERS III LTD
T2 INCOME FD CLO I LTD
TACONIC CAPITAL PARTNERS 1 5 L P
TACONIC OPPORTUNITY FUND LP
TALON TOTAL RETURN PTNRS LP
TALON TOTAL RETURN QP PTNRS LP
TCW ABSOLUTE RETURN CREDIT FD
TCW FIRST 2004 I CLO
TCW FIRST 2004 II CLO
TCW IL ST BRD OF INV
TCW SR SECURED FLTG RT LN FD L
TCW SR SECURED LN FUND LP
TCW VELOCITY CLO
TCW-PARK AVENUE LN TR
TEMP11520-FTS II F FRNK FLTG R
TEMPLETON 4290 GLOBAL INVESTMENT TRUST-INCOME FUND
TENNENBAUM OPP PARTS V LP
TFP ROYAL ISSUER 2 LLC
THE BANK OF NEW YORK TTCC UNISYS MASTER FUND
THE HARTFORD FLTING RT FD
THE ROYAL BANK OF SCOTLAND PLC NEW YORK BRANCH
TPG CR OPPORTUNITIES FD LP
TPG CREDIT OPPORTUNITIES INVESTORS LP
TPG CREDIT STRATEGIES FUND LP
TRALEE CDO I LTD
TRIMARAN CLO IV LTD
TRIMARAN CLO V LIMITED
TRIMARAN CLO VI LTD
TRIMARAN CLO VII LTD
TRS ARIA LLC
TRS SCORPIO LLC
TRS VENOR LLC
TRUSCO RIDGEWORTH CORP BOND FD

EXHIBIT G

## LBO LENDER PREFERENCE DEFENDANTS

TRUSCO RIDGEWORTH FDS SEX FLT
TRUSCO-RIDGEWORTH FDS SEIX HI
TRUSCO-RIDGEWORTH FUNDS HIGH INCOME FUND
UBS AG STAMFORD BRANCH
VAN KAMPEN DYNAMIC CREDIT OPPORTUNITIES FUND
VAN KAMPEN SENIOR INCOME TRUST
VAN KAMPEN SENIOR LOAN FUND
VARDE INVESTMENT PARTNERS LP
VEER CASH FLOW CLO LTD
VENTURE II CDO 2002 LIMITED
VENTURE III CDO LTD
VENTURE IX CDO LIMITED
VENTURE V CDO LTD
VENTURE VI CDO LTD
VENTURE VII CDO LIMITED
VENTURE VIII CDO LIMITED
VERITAS CLO I LTD
VERITAS CLO II LTD
VGE III PORTFOLIO LTD
VICTORIA COURT CFPI LOAN FUNDING LLC
VIKING GLOBAL EQUITIES II LP
VIKING GLOBAL EQUITIES LP
VIRTUS  MULTISECTOR SHT TRM BD
VIRTUS MULTISECTOR FX INC FD
VISTA LEVERAGED INCOME FUND
VITESSE CLO LTD
WACHOVIA BK NA
WALLACE H COULTER FOUNDAT
WALT DISNEY CO RET PLN MSTR TR
WAMCO - 2592
WAMCO 3073-JOHN HANCOCK TRUST FLOATING RATE INCOME TRUST
WAMCO 3074-JOHN HANCOCK FUND II-FLOATINGRATE INCOME FUND
WAMCO 984-WAMCO FDS CORE PL BD
WAMCO MT WILSON CLO
WAMCO WESTERN ASSET FLOATING RATE HIGH INCOME FUND LLC
WAMCO2236-ADVANCED SERIES TRUST WESTERNASSET CORE PLUS BOND
WAMCO-SHERWOOD SUB TRUST
WAVELAND-INGOTS LTD C/O PIMCO
WB LOAN FDG I LLC
WEST BEND MUTUAL INSURANCE COM
WEST GATE ENDURANCE CLO I
WESTCHESTER CLO LTD
WESTERN ASSET LEVER LN OPP MF

EXHIBIT G

## **LBO LENDER PREFERENCE DEFENDANTS**

WESTLB AG - NEW YORK BRANCH-
WG HORIZONS CLO I
WHITEHORSE I LTD
WHITEHORSE III LTD
WHITEHORSE V LTD
WIND RIVER CLO I LTD
WIND RIVER CLO II - TATE INVES
WINDMILL MASTER FUND LP
WMC 3G67-SUNAMERICA SENIOR FLOATING RATEFUND INC
WOODLANDS COMMERCIAL BANK
YORK CAPITAL MANAGEMENT
YORKVILLE CBNA LOAN FUNDING LLC
ZOHAR II 2005-1 LTD C/O LASALLE BANK NA
ZOHAR III, LIMITED

IN ADDITION, ANY PARTY LISTED ON EXHIBIT F THAT RECEIVED AN LBO
PREFERENCE PAYMENT AND IS NOT LISTED ON THIS EXHIBIT G IS AN LBO
LENDER PREFERENCE DEFENDANT.