# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE MEDIA COMPANY, et al.,[1]<br>(f/k/a Tribune Company)<br><br>                        Reorganized Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>    Plaintiff with respect to Counts One, Two, Three, Six, Eight, Nine, and Eleven against the Non-Settling Step Two Payees,<br><br>                        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>                        Defendants. | Adv. Proc. No. 10-53963 (KJC) |
| MARC S. KIRSCHNER, as Litigation Trustee for the TRIBUNE LITIGATION TRUST,<br><br>    Plaintiff with respect to Count One against the Non-Settling Step Two Payees,<br><br>                        v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>                        Defendants. | Adv. Proc. No. 10-55969 (KJC) |

## STATUS REPORT REGARDING CERTAIN ADVERSARY PROCEEDINGS

Marc S. Kirschner, as Litigation Trustee (the "Litigation Trustee") for the Tribune Litigation Trust, by and through its undersigned counsel, files this status report relating to certain

---

[1] The Reorganized Debtors, or successors-in-interest to the Reorganized Debtors, in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Tribune Media Company (0355); Chicagoland Television News, LLC (1352); KWGN, LLC (5347); The Baltimore Sun Company, LLC (6880); Tribune CNLBC, LLC (0347). The corporate headquarters and the mailing address for each entity listed above is 435 North Michigan Avenue, Chicago, Illinois 60611.

adversary proceedings pending in this chapter 11 case.

The report attached as <u>Exhibit A</u> hereto provides additional information as to the status of each of the Adversary Proceedings and is organized in accordance with the general procedures for adversary proceedings as follows:

| | | |
|---|---|---|
| Status A: | All cases where service has not been completed. Explain why service is incomplete and give the date when you expect to complete service. |
| Status B: | All cases where service is complete, but answers are still due. Provide answer due date. |
| Status C: | All cases where service is complete, no answer has been filed, and are making motion or request for Default Judgment. |
| Status D: | All adversary cases in which a Settlement Agreement has been filed with the Court. Include the Case Number and Docket Number of the Settlement Agreement in your written report. Upon Court verification of appropriate documentation, the listed cases will be dismissed and closed. |
| Status E: | All cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed. Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed. |
| Status F: | All cases where service is complete, answer has been filed, discovery/disclosures are underway and expected date of completion of discovery/disclosure. |
| Status G: | All cases where a Mediator has been selected or appointed. |
| Status H: | All cases that are ready for trial. You must contact chambers to obtain a trial date, time, and location prior to filing under Status H. Provide the estimated length of trial and schedule date and time. |
| Status I: | All cases where there are dispositive motions pending. Provide dates when briefing is expected to be completed. |
| Status J: | All cases which are stayed by the filing of another bankruptcy action affecting a party in this matter. A Suggestion of Bankruptcy should be filed in this case indicating the caption, case number, and venue of this other bankruptcy action. |
| Status K: | All cases in which an Appeal is pending. |

|  |  |
|---|---|
| Dated: May 16, 2016<br>       Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/ James S. Green Jr.*<br>Richard S. Cobb (No. 3157)<br>James S. Green Jr. (No. 4406)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware  19801<br>Telephone:  (302) 467-4400<br>Facsimile:  (302) 467-4450<br>E-mail: cobb@lrclaw.com<br>           green@lrclaw.com<br><br>*Counsel for Marc S. Kirschner, as Litigation Trustee for the Tribune Litigation Trust* |

**EXHIBIT A**

| DEFENDANT NAME | ADV. CASE NO. | STATUS | COMMENTS |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. *et al.* | 10-53963 | E | This adversary proceeding has been stayed pursuant to the June 17, 2011 Order Staying Avoidance Commenced by the Debtors [D.I. 505].<br><br>On April 18, 2013, the Litigation Trustee was substituted as plaintiff solely with respect to Counts One, Two, Three, Six, Eight, Nine, and Eleven, and only as against seven enumerated "Non-Settling Step Two Payee" defendants [D.I. 1494].[2]<br><br>As of May 22, 2014, all claims against these defendants were dismissed with prejudice. *See, e.g.* Plaintiff's Notice of Voluntary Dismissal [D.I. 1507]. Consequently, the Litigation Trustee does not oppose dismissal of this action. |

| DEFENDANT NAME | ADV. CASE NO. | STATUS | COMMENTS |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. *et al.* | 10-55969 | E | This preference action has been stayed pursuant to the January 11, 2011 Order Staying the Preference Action [D.I. 7]<br><br>On April 18, 2013, the Litigation Trustee was substituted as plaintiff solely with respect to Count One, and only as against seven enumerated "Non-Settling Step Two Payee" defendants [D.I. 20].<br><br>As of May 22, 2014, all claims against these defendants were dismissed with prejudice. *See, e.g.* Plaintiff's Notice of Voluntary Dismissal [D.I. 28]. Consequently, the Litigation Trustee does not oppose dismissal of this action. |

---

[2] The Litigation Trustee was also substituted as plaintiff with respect to a number of additional Preserved Causes of Action (as defined in the Plan) currently being prosecuted in the District Court for the Southern District of New York as part of the multi-district litigation captioned *In Re: Tribune Company Fraudulent Conveyance Litigation* [S.D.N.Y. Dkt. No. 11-MD-2296]. Disposition of these cases would in no way impact the remaining Preserved Causes of Action.

{963.001-W0042200.}